

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-02-00834-CR

Roy Louis **SMITHWICK, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 1992-CRA-000041-D1
Honorable Manuel R. Flores, Judge Presiding

## O R D E R

The Appellant's Motion to Recall Mandate is hereby DISMISSED FOR LACK OF JURISDICTION.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court